IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARCIEA WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | Case No.: |
| ) | |
| v. ) | COMPLAINT FOR VIOLATION OF |
| ) | CIVIL RIGHTS |
| LUXOTTICA RETAIL dba ) | |
| LENSCRAFTERS, ) | |
| ) | |
| Defendant. ) | **JURY DEMANDED** |
| ) | |

## JURISDICTION AND VENUE

1. This is an action pursuant to the United States Constitution and Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. §§ 2000e et seq., as amended. This court has jurisdiction under and by virtue of 28 U.S.C §§ 1331 and 1343.

2. Venue is founded in this judicial district upon 28 U.S.C. § 1391 as the acts complained of arose in this district.

3. Plaintiff, MARCIEA WILLIAMS, has fully complied with the procedural requirements of Title VII. She filed a charge of discrimination with the Illinois Department of Human Rights, received a right-to-sue letter from the Illinois Department of Human Rights, and brought this lawsuit within the applicable time period.

## PARTIES

4. At all times herein mentioned, Plaintiff, MARCIEA WILLIAMS, was employed by the Defendant LUXOTTICA RETAIL dba LENSCRAFTERS.

5. At all times herein mentioned, Defendant was and is believed and alleged hereon to be a corporation duly organized, existing, and operating within the jurisdiction of this Court.

6. Defendant is an employer subject to suit under Title VII in that Defendant is in an industry affecting commerce and had 15 or more employees in each of 20 or more weeks in the current or preceding calendar year.

## FACTUAL ALLEGATIONS

7. Plaintiff is African-American.

8. Plaintiff began employment with Defendant in 2003.

9. At all material times, Plaintiff performed her job according to her employer's legitimate expectations.

10. In April 2010, an employee of LENSCRAFTERS made racially discriminatory comments to Plaintiff.

11. Plaintiff reported these comments to her superiors.

12. Thereafter, Plaintiff was subjected to unwarranted and false disciplinary actions because of her race and in retaliation for complaining about racial discrimination.

13. As a direct and proximate result of said unlawful employment practices, Plaintiff has suffered lost wages, earning capacity, and benefits and has suffered emotional distress.

14. The aforementioned acts of the Defendant were reckless, willful, wanton, malicious, oppressive, and in callous disregard to and indifference to Plaintiff. Thus, Plaintiff requests the assessment of punitive damages against the Defendant.

## COUNT I
## RACIAL DISCRIMINATION IN TERMS OF CONDITION AND EMPLOYMENT IN VIOLATION OF TITLE VII

15. Plaintiff realleges and incorporates paragraphs one (1) through fourteen (14) as though fully set forth at this place.

16. Plaintiff was qualified for the job she held with Defendant and adequately performed

all functions that her job entailed.

17. Despite Plaintiff's qualifications and job performance, Plaintiff was subjected to different terms and conditions of employment, including but not limited to unwarranted and false discipline.

18. Plaintiff was subjected to these different terms and conditions of employment because of her race.

19. The reasons given by Defendant for these actions are false and are pretext for illegal discrimination.

20. Similarly situated non-African-American employees were not subjected to the same terms and conditions of employment as was Plaintiff.

21. Defendant's discrimination against Plaintiff was intentional and was on the basis of Plaintiff's race, African-American.

22. Defendant's actions, as described above, are in violation of Title VII in that Defendant acted to discriminate against Plaintiff in the terms and conditions of her employment because of her race.

## COUNT II
## RETALIATION IN VIOLATION OF TITLE VII

23. Plaintiff realleges and incorporates paragraphs one (1) through fourteen (14) as though fully set forth at this place.

24. Plaintiff engaged in protected activity when she reported the discriminatory comments to her superiors.

25. After engaging in said protected activity, Defendant disciplined Plaintiff without legitimate bases although she was performing to her employer's legitimate expectations.

26. There is a causal connection between Plaintiff's protected activity and Defendant's retaliatory actions.

27. Similarly situated employees who did not engage in protected activity were treated more favorably than Plaintiff.

28. Defendant's reason for Plaintiff's discipline is false and merely pretext for illegal retaliation.

29. Defendant's actions, as described above, are in violation of Title VII, as Defendant has engaged in acts of retaliation because of Plaintiff's engagement in protected activities.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, MARCIEA WILLIAMS, by and through her attorneys, Ed Fox & Associates, requests the following relief:

A. That Plaintiff be granted general and compensatory damages in an amount to be determined at trial;

B. That Plaintiff be granted punitive damages in an amount to be determined at trial;

C. That the Court grant to Plaintiff her reasonably incurred attorneys' fees, costs, litigation expenses, and pre-judgment interest; and

D. That the Court grant such other and further relief as the Court may deem just or equitable.

BY: s/ Julie O. Herrera
Julie O. Herrera
ED FOX & ASSOCIATES
Attorneys for Plaintiff
300 West Adams, Suite 330
Chicago, Illinois 60606
(312) 345-8877
(312) 853-3489 FAX
jherrera@efox-law.com

4

**PLAINTIFF HEREBY REQUESTS A TRIAL BY JURY**

BY: <u>s/ Julie O. Herrera</u>
Julie O. Herrera
ED FOX & ASSOCIATES
Attorneys for Plaintiff
300 West Adams, Suite 330
Chicago, Illinois 60606
(312) 345-8877
(312) 853-3489 FAX
jherrera@efox-law.com