**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **MARCIEA WILLIAMS,** | ) |
| | ) |
|        **Plaintiff,** | ) |
| | ) |
| v. | )    No. 1:12-cv-00789 |
| | ) |
| **LUXOTTICA RETAIL dba** | ) |
| **LENSCRAFTERS,** | ) |
| | ) |
|        **Defendant.** | ) |

**STIPULATION FOR ENTRY OF ORDER
<u>DISMISSING THE CASE WITH PREJUDICE</u>**

The undersigned parties hereby stipulate to and jointly move this court for the entry of an Order dismissing all claims of Plaintiff Marciea Williams against all Defendants. A proposed Order, agreed to by Plaintiff Williams and Defendant Luxottica Retail North America Inc. ("LRNA"), erroneously named herein as Luxottica Retail dba LensCrafters, is attached.

1. On February 3, 2012, Plaintiff Williams filed a lawsuit against LRNA alleging discrimination and retaliation.

2. On July 5, 2012, the parties to this lawsuit agreed to a settlement that fully compromised and settled the above-captioned lawsuit in its entirety.

THEREFORE:

IT IS HEREBY STIPULATED by and between all of the parties hereto, through their respective undersigned attorneys, that this entire action may be, and hereby is, dismissed on its merits and with prejudice, but without costs or disbursements to any of the parties.

IT IS FURTHER STIPULATED that without further notice the Order of Dismissal with prejudice and on the merits of all claims, without costs or disbursements to any of the parties, may be entered herein.

Wherefore Defendants LRNA and Plaintiff Williams respectfully request that this Court enter the attached stipulated Order dismissing this action, including all possible claims and cross-claims, in its entirety with prejudice.

Date: August 3, 2012

Respectfully submitted,

| | |
|---|---|
| *s/ Julie O. Herrera* | *s/ Jason E. Barsanti* |
| One of the Attorneys for Plaintiff | One of the Attorneys for Defendant |
| MARCIEA WILLIAMS | LUXOTTICA RETAIL dba LENSCRAFTERS |
| | |
| Julie O. Herrera | Timothy A. Wolfe |
| ED FOX & ASSOCIATES | Jason E. Barsanti |
| 300 West Adams, Suite 330 | MECKLER BULGER TILSON |
| Chicago, Illinois 60606 | MARICK & PEARSON LLP |
| (312) 345-8877 - Telephone | 123 North Wacker Drive, Suite 1800 |
| (312) 853-3489 - Facsimile | Chicago, Illinois 60606 |
| | (312) 474-7900 - Telephone |
| | (312) 474-7898 - Facsimile |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **MARCIEA WILLIAMS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) No. 1:12-cv-00789 |
| | ) |
| **LUXOTTICA RETAIL dba** | ) |
| **LENSCRAFTERS,** | ) |
| | ) |
| **Defendant.** | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on **August 3, 2012,** I electronically filed the foregoing **Stipulation for Entry of Order Dismissing the Case with Prejudice** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

**Julie O. Herrera**
**Ed Fox & Associates**
**300 West Adams, Suite 330**
**Chicago, Illinois 60606**

   *s/ Jason E. Barsanti*
   Jason E. Barsanti